SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
EDWARD D. PENETAR
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
edward.penetar@usdoj.gov

*Attorneys for United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-cr-00069-GMN-EJY |
| Plaintiff, | **Motion to Unseal Legal Process** |
| vs. | |
| ALEXANDER CESPEDES GONZALEZ, | |
| Defendant. | |

COMES NOW the United States of America, by and through its attorneys, Sigal Chattah, United States Attorney for the District of Nevada, and Edward D. Penetar, Assistant United States Attorney, hereby moves this Court for an Order to unseal all the below-captioned matters in their entirety.

The underlying investigation has resulted in an indictment: *United States v. Alexander Cespedes Gonzalez,* Case No. 2:25-cr-00069-GMN-EJY (D. Nevada). Accordingly, the Government seeks to unseal the below matters so that the documents can be provided in discovery.

*//*

*//*

| Case Number | |
|---|---|
| 2:25-mj-00157-MDC | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF APEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER (209) 648-2025. |
| 2:25-mj-00185-NJK | IN APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE FOR +1 (209) 719-8801 |
| 2:25-mj-00186-NJK | IN APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE FOR +57 316 0464413 |

DATED this 10th day of June, 2025.

SIGAL CHATTAH

United States Attorney

*/s/ Edward D. Penetar*
EDWARD D. PENETAR
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | 2:25-cr-00069-GMN-EJY |
|---|---|
| Plaintiff, | **Order to Unseal Legal Process** |
| vs. | |
| ALEXANDER CESPEDES GONZALEZ, | |
| Defendant. | |

Based upon the Motion of the Government, and good cause appearing therefore, the Court finds good cause to unseal the below matters so they may be provided in discovery. Thus, the Court orders the case numbers identified below and any documentation filed therein unsealed:

| Case Number | |
|---|---|
| 2:25-mj-00157-MDC | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF APEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER (209) 648-2025. |
| 2:25-mj-00185-NJK | IN APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE FOR +1 (209) 719-8801 |
| 2:25-mj-00186-NJK | IN APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE FOR +57 316 0464413 |

IT IS SO ORDERED:

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED:   June 10, 2025